UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARLA CRACCHIOLO,<br>Individually, and as Administratrix<br>of the Estate of Giuseppe Cracchiolo<br>    Plaintiff<br><br>v.<br><br>O'HARA CORPORATION AND<br>EASTERN FISHERIES, INC.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **C.A. No.: 1:11-cv-11195-DPW** |

**DEFENDANT, EASTERN FISHERIES, INC.'S CORPORATE DISCLOSURE**

Pursuant to Local Rule 7.3(A), the defendant, Eastern Fisheries, Inc., a party to this lawsuit, does not have any parent corporation. Furthermore, no publicly-held corporation owns 10% or more of the capital stock of Eastern Fisheries, Inc.

THE DEFENDANT,
EASTERN FISHERIES, INC.,
BY ITS ATTORNEYS,

**DATED: 11/2/2011**

*/s/ Mark W. Shaughnessy, Esq.*
Mark W. Shaughnessy, BBO# 567839
Email: mshaughnessy@BSCtrialattorneys.com
Matthew H. Greene, BBO# 673947
Email: mgreene@BSCtrialattorneys.com
Boyle, Shaughnessy & Campo, P.C.
695 Atlantic Avenue, 11th Floor
Boston, MA  02111
Phone: (617) 451-2000
Fax: (617) 451-5775

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of November, 2011.

*/s/ Mark W. Shaughnessy, Esq.*