UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARLA CRACCHIOLO,                )
Individually and as              )
Administratrix of the Estate     )
of Giuseppe Cracchiolo,          )
                                 )
            Plaintiff,           )   CIVIL ACTION NO.
                                 )   11-11195-DPW
v.                               )
                                 )
O'HARA CORPORATION, EASTERN      )
FISHERIES, INC., and R.C.P.      )
REALTY, LLC,                     )
                                 )
            Defendants.          )
                                 )

## FINAL JUDGMENT

WOODLOCK, District Judge

In accordance with the stipulation of dismissal as to the claims against the defendant, O'Hara Corporation (Dkt. No. 133), and this Court's Memorandum and Order dated May 22, 2013 as to the claims against Eastern Fisheries, Inc. and R.C.P. Realty, LLC, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendants against the Plaintiff**.

                                     BY THE COURT,

                                     /s/ Jarrett Lovett
                                     Deputy Clerk

DATED: May 22, 2013